| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-12188 / MBK**

Robert S. Ellison
Shanell S. Ellison

Petition Filed Date: 02/10/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 10/28/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,000.00 | 73445810 | 01/08/2021 | $1,000.00 | 73667500 | 02/11/2021 | $1,000.00 | 74483920 |
| 04/05/2021 | $1,000.00 | 75691250 | 04/23/2021 | $1,000.00 | 76173170 | 06/16/2021 | $1,000.00 | 77466590 |
| 07/07/2021 | $1,000.00 | 77961480 | 07/26/2021 | $700.00 | 78331110 | 09/17/2021 | $500.00 | 79524040 |
| 09/21/2021 | $500.00 | 79561190 | 11/01/2021 | $1,000.00 | 80458260 | 11/12/2021 | $500.00 | 80736290 |
| 11/23/2021 | $800.00 | 80987370 | 12/14/2021 | $1,000.00 | 81433820 | 01/19/2022 | $800.00 | 82182730 |
| 02/01/2022 | $1,000.00 | 82459420 | | | | | | |

**Total Receipts for the Period: $13,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert S. Ellison | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE RITIGSTEIN<br>»» ATTY DISCLOSURE | Attorney Fees | $4,073.92 | $4,073.92 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,857.47 | $0.00 | $5,857.47 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,447.98 | $0.00 | $2,447.98 |
| 3 | DEVILLE ASSET MANAGEMENT, LTD<br>»» COMENITY | Unsecured Creditors | $258.28 | $0.00 | $258.28 |
| 4 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2017-2019/ORDER 10/29/20 | Priority Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2007 | Unsecured Creditors | $1,234.79 | $0.00 | $1,234.79 |
| 6 | TD BANK USA NA | Unsecured Creditors | $249.35 | $0.00 | $249.35 |
| 7 | CITIZENS BANK, N.A.<br>»» 2011 CADILLAC SRX | Debt Secured by Vehicle | $1,814.56 | $539.15 | $1,275.41 |
| 8 | LVNV FUNDING LLC<br>»» CAPITAL ONE/JUDGMENT DC-003785-11/AVOI LIEN | Unsecured Creditors | $2,988.33 | $0.00 | $2,988.33 |
| 9 | LVNV FUNDING LLC<br>»» STERLING JEWELERS/CRAM/CVI SGP | Secured Creditors | $100.00 | $15.38 | $84.62 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/OLD NAVY | Unsecured Creditors | $136.08 | $0.00 | $136.08 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GE CAPITAL/AEO, INC | Unsecured Creditors | $248.12 | $0.00 | $248.12 |

**Chapter 13 Case No. 20-12188 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $849.22 | $0.00 | $849.22 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/JC PENNEY | Unsecured Creditors | $304.89 | $0.00 | $304.89 |
| 14 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $517.38 | $0.00 | $517.38 |
| 15 | INTERNAL REVENUE SERVICE<br>»» 2008-2011/CRAM | Secured Creditors | $9,250.00 | $2,748.53 | $6,501.47 |
| 16 | INTERNAL REVENUE SERVICE<br>»» 2019 | Priority Crediors | $2,919.89 | $0.00 | $2,919.89 |
| 17 | INTERNAL REVENUE SERVICE<br>»» 2011-2013/CRAM BAL | Unsecured Creditors | $5,301.51 | $0.00 | $5,301.51 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $2,559.50 | $0.00 | $2,559.50 |
| 19 | CAVALRY INVESTMENTS LLC<br>»» HSBC/DC-005660-10/AVOID LIEN | Unsecured Creditors | $2,531.73 | $0.00 | $2,531.73 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BANK OF MISSOURI | Unsecured Creditors | $395.32 | $0.00 | $395.32 |
| 21 | JERSEY ANESTHESIA & PAIN MANAGEMENT | Unsecured Creditors | $546.27 | $0.00 | $546.27 |
| 22 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $282.31 | $0.00 | $282.31 |
| 23 | MIDLAND CREDIT AS AGENT FOR<br>»» COMENITY BANK/VICTORIA'S SECRET | Unsecured Creditors | $279.31 | $0.00 | $279.31 |
| 24 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,187.44 | $0.00 | $2,187.44 |
| 25 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY/WALMART | Unsecured Creditors | $940.13 | $0.00 | $940.13 |
| 26 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY/WALMART | Unsecured Creditors | $507.35 | $0.00 | $507.35 |
| 27 | MIDLAND CREDIT AS AGENT FOR<br>»» CREDIT ONE BANK/DC-003921-15 | Unsecured Creditors | $956.95 | $0.00 | $956.95 |
| 28 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MID AMERICA B&T/EMBLEM MC | Unsecured Creditors | $1,532.15 | $0.00 | $1,532.15 |
| 29 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» FINGERHUT DIRECT MRKTING | Unsecured Creditors | $193.56 | $0.00 | $193.56 |
| 30 | Wells Fargo Bank, NA<br>»» ASHLEY FURNITURE/CRAM | Secured Creditors | $100.00 | $15.38 | $84.62 |
| 31 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» SOUTHERN BANK EMERGENCY PHYS | Unsecured Creditors | $72.00 | $0.00 | $72.00 |
| 32 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» SOUTHERN BANK EMERGENCY PHYS | Unsecured Creditors | $1,080.00 | $0.00 | $1,080.00 |
| 33 | Verizon by American InfoSource as Agent | Unsecured Creditors | $257.85 | $0.00 | $257.85 |
| 34 | Verizon by American InfoSource as Agent | Unsecured Creditors | $232.91 | $0.00 | $232.91 |
| 35 | Verizon by American InfoSource as Agent | Unsecured Creditors | $207.73 | $0.00 | $207.73 |
| 36 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $246.74 | $0.00 | $246.74 |
| 37 | JERSEY CENTRAL FCU | Unsecured Creditors | $10,015.53 | $0.00 | $10,015.53 |
| 38 | CACH, LLC<br>»» HSBC/METRIS/DC-019950-09 | Unsecured Creditors | $2,690.04 | $0.00 | $2,690.04 |
| 39 | US BANK NATIONAL ASSOCIATION<br>»» P/21 N WARD ST/1ST MTG/ORDER 6/8/2020 | Mortgage Arrears | $33,617.13 | $9,988.92 | $23,628.21 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GEMB/HOME DESIGN/DC-010210-11 | Unsecured Creditors | $1,626.97 | $0.00 | $1,626.97 |
| 41 | Department Stores National Bank<br>»» MACY'S CC | Unsecured Creditors | $1,111.22 | $0.00 | $1,111.22 |
| 10009 | LVNV FUNDING LLC<br>»» Split Claim STERLING JEWELERS/CRAM BAL/CVI SGP | Unsecured Creditors | $329.95 | $0.00 | $329.95 |

**Chapter 13 Case No. 20-12188 / MBK**

| 10030 | Wells Fargo Bank, NA | Unsecured Creditors | $252.66 | $0.00 | $252.66 |
|---|---|---|---|---|---|
| | »» Split Claim ASHLEY FURNITURE/CRAM BAL | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,700.00 | Plan Balance: | $37,200.00 ** |
| Paid to Claims: | $17,381.28 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $1,641.30 | Arrearages: | $1,200.00 |
| Funds on Hand: | $1,677.42 | Total Plan Base: | $57,900.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.