**ATTORNEY AT LAW**

**PETER J. LISKA, LLC**

Peter J. Liska  Member of NJ, NY & Washington, DC BAR
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777   FAX 732•224•8914   COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

March 21, 2022

<u>Via CM/ECF</u>
Albert Russo, Trustee
CN 4853
Trenton, N.J. 08650

   *In Re: Robert and Shanell Ellison*
    *Case No.20-12188*
    *Our File No. 47842*

Dear Trustee:

 Please be advised that the Law Offices of Peter J. Liska, LLC will be closing our Litigation Department with a tentative closing date of March 31, 2022. Thereafter, we will not be accepting Trustee payments on behalf of our clients.

 **<u>EFFECTIVE IMMEDIATELY</u>**, *<u>please send all Trustee payments and bankruptcy notices directly to the Credit Union at the new address provided below</u>*.

| | |
|---|---|
| Party's Name/Type: | Jersey Central Federal Credit Union |
| Old Address: | c/o Peter J. Liska, LLC<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 |
| New Address: | Jersey Central Federal Credit Union<br>P.O. Box 661<br>Cranford, N.J. 07016 |

 All inquiries regarding this case should be directed to the Credit Union.

         Thank you,

         */s/ Allison J. Kiffin, Esq.*

         Allison J. Kiffin, Esq. for
         Peter J. Liska, LLC

AJK/kg