UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14<br>R.A. LEBRON, ESQ.<br>SPSJ758<br>bankruptcy@fskslaw.com |

| | |
|---|---|
| In Re:<br><br>ROBERT S. ELLISON<br>dba THE RIVER CAFÉ<br>dba DEPENDABLE BAIL BONDS<br>and SHANNELL S. ELLISON<br><br> Debtor(s). | Case No.:   20-12188 MBK<br><br>Chapter:    13<br><br>Judge:  Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14</u>. This party is a party in interest in this case pursuant to a mortgage dated July 6, 2006 and recorded in the Office of the MIDDLESEX County Clerk/Register on July 27, 2006 in Mortgage Book 11716, Page 645, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:       FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              7 Century Drive - Suite 201
                              Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

|  |  |
|---|---|
|  | **FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Attorneys for Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| Dated: <u>March 25, 2022</u> | By:<u>/s/ R.A. Lebron, Esq.</u><br>     R.A. LEBRON, ESQ. |

Case No.:  20-12188 MBK                          2