UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Robert Ellison & Shanell Ellison,

Debtors.

Case No.:   20-12188-MBK

Chapter:   13

Hearing Date:   4/27/2022

Judge:   Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Motion for Relief from Stay re: 21 North Ward Street (Docket # 48)

_____

Date: 4/21/2022                                            /s/ Denise Carlon
                                                           Signature

*rev.8/1/15*