| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J. Clayman, Esq.<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on May 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Robert Ellison,<br>Debtor | Case No.: 20-12188<br><br>Adv. No.:<br><br>Hearing Date: May 25, 2022 9:00 AM<br><br>Judge: MBK |

# ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 31, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Robert Ellison |
| Case No: | 20-12188 MBK |
| Caption of Order: | Order Approving Post-Petition Financing |

This matter having been brought before the court upon the Motion of Jenkins & Clayman, attorneys for the debtor, in service of this motion having been made upon all interested parties and for good cause has been showed:

**IT IS ORDERED** that:

1. The debtor may enter into post-petition financing with the Small Business Administration and or its assignees under the COVID 19 Economic Injury Disaster Loan program for $116,000 for a 30-year term at 3.75% interest with the repayment to begin 24 months after closing.