| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J. Clayman, Esq.<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on May 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Robert Ellison,<br>Debtor | Case No.: 20-12188<br><br>Adv. No.:<br><br>Hearing Date: May 25, 2022 9:00 AM<br><br>Judge: MBK |

# ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 31, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Robert Ellison |
| Case No: | 20-12188 MBK |
| Caption of Order: | Order Approving Post-Petition Financing |

This matter having been brought before the court upon the Motion of Jenkins & Clayman, attorneys for the debtor, in service of this motion having been made upon all interested parties and for good cause has been showed:

**IT IS ORDERED** that:

1. The debtor may enter into post-petition financing with the Small Business Administration and or its assignees under the COVID 19 Economic Injury Disaster Loan program for $116,000 for a 30-year term at 3.75% interest with the repayment to begin 24 months after closing.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-12188-MBK
Robert S. Ellison  Chapter 13
Shanell S. Ellison
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: May 31, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert S. Ellison, Shanell S. Ellison, 21 North Ward Street, New Brunswick, NJ 08901-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Jersey Central Federal Credit Union collections@peterliska.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |

| | |
|---|---|
| Eric Clayman | on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Michael J. Milstead | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 michael@milsteadlaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certifi bankruptcy@fskslaw.com |
| Rhondi L. Schwartz | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Stephanie F. Ritigstein | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14