UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JENKINS & CLAYMAN
Eric J. Clayman , Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on June 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert & Shanell Ellison
debtor

Case No.: 20-12188-MBK

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 17, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eric J. Clayman_____, the applicant, is allowed a fee of $ _____908.5_____ for services rendered and expenses in the amount of $_____8_____ for a total of $_____916.5_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside of plan

The debtor's monthly plan is modified to require a payment of $_____1,085_____ per month for ____33____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Robert S. Ellison  
Shanell S. Ellison  
    Debtors

Case No. 20-12188-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert S. Ellison, Shanell S. Ellison, 21 North Ward Street, New Brunswick, NJ 08901-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Jersey Central Federal Credit Union collections@peterliska.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Eric Clayman
 on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Michael J. Milstead
 on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 michael@milsteadlaw.com

R. A. Lebron
 on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certifi bankruptcy@fskslaw.com

Rhondi L. Schwartz
 on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com

Rhondi L. Schwartz
 on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com

Ronald S. Gellert
 on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Stephanie F. Ritigstein
 on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com

Stephanie F. Ritigstein
 on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14