UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rebecca K. McDowell, Esq.
Saldutti Law Group
1040 N Kings Highway, Suite 100
Cherry Hill, NJ 08034
856-779-0300
Email: rmcdowell@slgcollect.com

In Re:

ROBERT S. ELLISON

Case No.: 20-12188-MBK

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Rebecca K. McDowell__ will be substituted as attorney of record for __Jersey Central FCU__, __Creditor__ in this case. [1]

Date: 12/6/2022

/s/Allison J. Kiffin
Signature of Former Attorney

Date: December 6, 2022

/S/ Rebecca K. McDowell
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.