20-12188- MBK

March 6, 2023

Notice of Motion to Voluntary Convert Chapter 13 Bankruptcy to Chapter 7 Bankruptcy.
To the US Bankruptcy Court Of New Jersey ,I Robert Ellison and Shanell Ellison voluntarily would like to convert our Chapter 13 Bankruptcy case filed February 10, 2020 To a Chapter 7 Bankruptcy . Our reasons are as follows immediately after we filed chapter 13 The Covid 19 Pandemic Disaster had a drastic effect on our Income. We tried to maintain our Trustee Payments as well as our Mortgage and all other bills as long as we could. Eventually payments to the Trustee and other debtors started to slow down and time went on. My Pay decreased 75% due to lack of work due to COVID making it impossible to maintain. Currently we are heading in a very Negative Direction. We are Asking that this Conversion be Granted So we can get back on Track. We have Never filed for a conversion Before. We will be Serving our Trustee, Attorney and creditors.

PAID
Ø

Thank You Kindly,

Robert Ellison [signature]

Shanell Ellison [signature]

732-803-1910
Rivercafe62@hotmail.com

FILED
JEANNE A. NAUGHTON, CLERK
MAR 08 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY [signature] DEPUTY


Robert Ellison
21 North Ward St
New Brunswick NJ 08901
7022 2410 0000 6193 9460
6 MAR 2023 PM 5 L
USA FOREVER
US Bankruptcy Court
402 East State ST
Trenton NJ 08608
X-RAYED
UNITED STATES POSTAL SERVICE
RDC 99
08608
U.S. POSTAGE PAID
FCM LETTER
NORTH BRUNSWICK, NJ
08902
MAR 06, 23
AMOUNT
$7.50
R2305E123889-10
08608-150799