| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert S. Ellison<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4256<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Shanell S. Ellison<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6954<br>__–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   2/10/20 |
| Case number: | 20–12188–KCF | Date case converted to chapter: | 7   3/8/23 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert S. Ellison | Shanell S. Ellison |
| 2. | **All other names used in the last 8 years** | dba The River Cafe, dba Dependable Bail Bonds | |
| 3. | **Address** | 21 North Ward Street<br>New Brunswick, NJ 08901 | 21 North Ward Street<br>New Brunswick, NJ 08901 |
| 4. | **Debtor's attorney**<br>Name and address | Stephanie F. Ritigstein<br>Jenkins and Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Contact phone (856) 546–9696<br>Email: mail@jenkinsclayman.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Bunce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, NJ 07762 | Contact phone 732–449–0525 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 609–858–9333<br><br>Date: 3/9/23 |
| 7. | **Meeting of creditors** | **April 10, 2023 at 10:30 AM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/9/23** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 20-12188-KCF
Robert S. Ellison                                                                                            Chapter 7
Shanell S. Ellison
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 5
Date Rcvd: Mar 09, 2023 | Form ID: 309A | Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert S. Ellison, Shanell S. Ellison, 21 North Ward Street, New Brunswick, NJ 08901-3114 |
| aty | + | Rhondi L. Schwartz, Jenkins & Clayman, 412 White Horse Pike, Audubon, NJ 08106-1311 |
| 518704613 | + | City of New Brunswick, 78 Bayard Street, New Brunswick, NJ 08901-2113 |
| 518704615 | + | Comenity Bank, c/o Deville Asset Management, 1132 Glade Road, Colleyville, TX 76034-4227 |
| 518704621 | + | Emblem/Monterery City Bank/AtlanticUS, PO Box 10555, Atlanta, GA 30310-0555 |
| 518731263 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518704637 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518704642 | + | U.S. Bank, N.A./First Franklin Mtg, c/o Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mail@jenkinsclayman.com | Mar 09 2023 20:40:00 | Jeffrey E. Jenkins, Jenkins Law Group, 412 White Horse Pike, Audubon, NJ 08106-1311 |
| aty | | Email/Text: mail@jenkinsclayman.com | Mar 09 2023 20:39:00 | Stephanie F. Ritigstein, Jenkins and Clayman, 412 White Horse Pike, Audubon, NJ 08106 |
| tr | + | EDI: BBDATKINSON | Mar 10 2023 01:32:00 | Bunce Atkinson, Bunce D. Atkinson, Chapter 7 Trustee, 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518805199 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:36:20 | CACH, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518704609 | | EDI: CAPITALONE.COM | Mar 10 2023 01:32:00 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 518704611 | | EDI: CITICORP.COM | Mar 10 2023 01:32:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 518742973 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 09 2023 20:39:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 518704612 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 09 2023 20:39:00 | Citizens Bank, NA, 480 Jefferson Boulevard, |

Case 20-12188-KCF    Doc 68    Filed 03/11/23    Entered 03/12/23 00:15:43    Desc Imaged
                              Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 309A | Total Noticed: 72 |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 518756827 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:36:28 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518715495 | + EDI: AIS.COM | Mar 10 2023 01:32:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518704610 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Capital One Bank USA NA, c/o Midland Funding, 320 East Big Beaver Road, Troy, MI 48083-1238 |
| 518782474 | + Email/Text: bankruptcy@cavps.com | Mar 09 2023 20:40:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518704614 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Comenity Bank, c/o Midland Funding, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 518704616 | + Email/Text: commonwealth@ebn.phinsolutions.com | Mar 09 2023 20:39:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 518704617 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2023 20:47:32 | Credit One Bank, Bank Card Center, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518704618 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Credit One Bank, N.A., c/o Midland Funding, LLC, 320 East Big Beaver Road, #300, Troy, MI 48083-1271 |
| 518704619 | + Email/Text: fggbanko@fgny.com | Mar 09 2023 20:40:00 | Credit One Bank/Midland Funding, LLC, c/o Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518704627 | + EDI: CITICORP.COM | Mar 10 2023 01:32:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 518807911 | EDI: Q3G.COM | Mar 10 2023 01:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518704620 | + Email/Text: bankruptcy@sequium.com | Mar 09 2023 20:40:00 | DirecTV, c/o Sequium Asset Solutions, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 518704622 | + Email/Text: bknotice@ercbpo.com | Mar 09 2023 20:40:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518704623 | + EDI: PRA.COM | Mar 10 2023 01:32:00 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 518704624 | EDI: IRS.COM | Mar 10 2023 01:32:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518796320 | EDI: JEFFERSONCAP.COM | Mar 10 2023 01:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518786033 | + Email/Text: ecourts.col_efilings@fskslaw.com | Mar 09 2023 20:40:00 | Jersey Anesthesia & Pain, Management Consultants, c/o Fein Such Kahn & Shepard, PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518802225 | + Email/Text: rmcdowell@slgcollect.com | Mar 09 2023 20:40:00 | Jersey Central Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 518704626 | + EDI: PHINGENESIS | Mar 10 2023 01:32:00 | Kay Jewelers/Genesis, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 519166708 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:36:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518756633 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:36:28 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519166707 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:47:36 | LVNV Funding LLC, PO Box 10587, Greenville, |

Note: preceding first row also includes address "Warwick, RI 02886" (continuation from prior page).

Case 20-12188-KCF    Doc 68    Filed 03/11/23    Entered 03/12/23 00:15:43    Desc Imaged
Certificate of Notice    Page 6 of 8

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 09, 2023 | Form ID: 309A | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | | SC 29603-0587 |
| 518777284 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:36:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518704629 | | Email/Text: mgreenwood@motionfcu.org | Mar 09 2023 20:39:00 | Motion Federal Credit Union, 1380 Jersey Ave, North Brunswick, NJ 08902 |
| 518704628 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518786276 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518704630 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 20:40:00 | Nissan Infiniti LT, PO BOX 660366, Dallas, TX 75266-0366 |
| 518704631 | + | Email/Text: bnc@nordstrom.com | Mar 09 2023 20:40:38 | Nordstrom/TD Bank USA, 13531 E. Caley Avenue, Englewood, CO 80111-6504 |
| 518799683 | | Email/Text: perituspendrick@peritusservices.com | Mar 09 2023 20:39:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518704632 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 519309152 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518807470 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518765543 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o Aeo, Inc., POB 41067, Norfolk VA 23541 |
| 518781014 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 518770012 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518759998 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518770006 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518704633 | ^ | MEBN | Mar 09 2023 20:35:12 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518704634 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 09 2023 20:40:00 | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518704635 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 09 2023 20:39:00 | Southern Bank Emergency Physicians, c/o Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 518704636 | | EDI: WFFC.COM | Mar 10 2023 01:32:00 | Sprint, c/o Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518704638 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Synchrony Bank, c/o Midland Funding, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 518707510 | + | EDI: RMSC.COM | Mar 10 2023 01:32:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518704639 | + | EDI: PRA.COM | Mar 10 2023 01:32:00 | Synchrony Bank, c/o Portfolio Recovery Associates, LLC, PO BOX 12914, Norfolk, VA 23541-0914 |
| 518704640 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 09 2023 20:39:00 | TBOM/ATLS/FPL, 5 Concourse Parkway, Atlanta, GA 30328-5350 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 518738346 | + | Email/Text: bncmail@w-legal.com | Mar 09 2023 20:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518704641 | + | EDI: WTRRNBANK.COM | Mar 10 2023 01:32:00 | TD Bank USA/Target Credit, PO BOX 673, Minneapolis, MN 55440-0673 |
| 518782963 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 09 2023 20:39:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518805680 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 09 2023 20:40:00 | U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518704643 | + | Email/Text: clientservices@remexinc.com | Mar 09 2023 20:40:00 | University Radiology Group, c/o Remex Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 518800648 | + | EDI: AIS.COM | Mar 10 2023 01:32:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518704645 | + | EDI: WFFC2 | Mar 10 2023 01:32:00 | WF Bank, NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 518799519 | | EDI: WFFC2 | Mar 10 2023 01:32:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518704644 | | EDI: WFFC.COM | Mar 10 2023 01:32:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519309151 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518725157 | ##+ | Deville Asset Management, P.O. Box 1987, Colleyville, TX 76034-1987 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan |

| | |
|---|---|
| | Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Michael J. Milstead | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certifi bankruptcy@fskslaw.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Central Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com |
| Roger Fay | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Stephanie F. Ritigstein | on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16