Form ovolcnv − ovolcnvv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−12188−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert S. Ellison
dba The River Cafe, dba Dependable Bail Bonds
21 North Ward Street
New Brunswick, NJ 08901

Shanell S. Ellison
21 North Ward Street
New Brunswick, NJ 08901

Social Security No.:
xxx−xx−4256         xxx−xx−6954

Employer's Tax I.D. No.:

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

Dated: March 9, 2023
JAN: mmf

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12188-MBK |
| Robert S. Ellison | Chapter 7 |
| Shanell S. Ellison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: ovolcnv | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert S. Ellison, Shanell S. Ellison, 21 North Ward Street, New Brunswick, NJ 08901-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | |

on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey E. Jenkins

on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins

on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Michael J. Milstead

on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

R. A. Lebron

on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certifi bankruptcy@fskslaw.com

Rebecca K. McDowell

on behalf of Creditor Jersey Central Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Rhondi L. Schwartz

on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com

Rhondi L. Schwartz

on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com

Roger Fay

on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronald S. Gellert

on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Stephanie F. Ritigstein

on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com

Stephanie F. Ritigstein

on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15