Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−12188−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert S. Ellison
dba The River Cafe, dba Dependable Bail Bonds
21 North Ward Street
New Brunswick, NJ 08901

Shanell S. Ellison
21 North Ward Street
New Brunswick, NJ 08901

Social Security No.:
xxx−xx−4256          xxx−xx−6954

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/11/23 at 10:00 AM

to consider and act upon the following:

*74* – Motion to Withdraw as Attorney Filed by Jeffrey E. Jenkins on behalf of Robert S. Ellison, Shanell S. Ellison. Hearing scheduled for 4/11/2023 at 11:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order) (Jenkins, Jeffrey)

Dated: 3/16/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court