| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esq.<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | **Order Filed on May 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Robert and Shanell Ellison<br><br>Debtors | Case No.:  20-12188-KCF<br><br>Adv. No.:<br><br>Hearing Date: April 11, 2023 at 10:00AM<br><br>Judge: KCF |

# ORDER EXCUSING JENKINS LAW GROUP AS ATTORNEYS FOR THE DEBTORS

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 16, 2023**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Robert and Shanell Ellison |
| Case No: | 20-12188-KCF |
| Caption of Order: | Order Excusing Jenkins Law Group as Attorneys for the Debtors |

Upon consideration of Jenkins Law Group motion for an order excusing Jenkins Law Group as attorneys for the debtors, and service of this motion having been made upon all interested parties, and good cause appearing therefore, it is hereby:

**ORDERED and ADJUDGED** that:

1. Jenkins Law Group is hereby excused as counsel for the debtors in their joint ~~Chapter 13~~ bankruptcy case.

2. The debtors shall be proceeding as self-represented individuals until an attorney at law enters an appearance on behalf of one or both of the Debtors