UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ROBERT S. ELLISON and  
SHANELL S. ELLISON

Case No.: 20-12188  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __07/18/2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 21 North Ward St., New Brunswick, NJ - Value: $203,500.00

Liens on property:  
Select Portfolio Servicing - $315,134.00  
U.S. Bank, N.A. First Franklin Mtg - $307,115.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee  
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030  
Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12188-KCF |
| Robert S. Ellison | Chapter 7 |
| Shanell S. Ellison | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert S. Ellison, Shanell S. Ellison, 21 North Ward Street, New Brunswick, NJ 08901-3114 |
| cr | + | Jersey Central Federal Credit Union, P.O. Box 661, Cranford, NJ 07016-0661 |
| 518704613 | + | City of New Brunswick, 78 Bayard Street, New Brunswick, NJ 08901-2113 |
| 518704615 | + | Comenity Bank, c/o Deville Asset Management, 1132 Glade Road, Colleyville, TX 76034-4227 |
| 518704621 | + | Emblem/Monterery City Bank/AtlanticUS, PO Box 10555, Atlanta, GA 30310-0555 |
| 518731263 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518704636 | | Sprint, c/o Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518704637 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518704642 | + | U.S. Bank, N.A./First Franklin Mtg, c/o Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518805199 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2023 20:56:40 | CACH, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518704609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2023 21:09:27 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 518704611 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2023 20:56:29 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 518742973 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2023 20:50:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 518704612 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2023 20:50:00 | Citizens Bank, NA, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 518756827 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2023 20:57:02 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518715495 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2023 21:09:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518704610 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 20-12188-KCF   Doc 88   Filed 06/15/23   Entered 06/16/23 00:15:31   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 68 |

| | | | |
| --- | --- | --- | --- |
| | | Jun 13 2023 20:51:00 | Capital One Bank USA NA, c/o Midland Funding, 320 East Big Beaver Road, Troy, MI 48083-1238 |
| 518782474 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jun 13 2023 20:51:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518704614 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 13 2023 20:51:00 | Comenity Bank, c/o Midland Funding, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 518704616 | + Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | Jun 13 2023 20:50:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 518704617 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jun 13 2023 20:56:24 | Credit One Bank, Bank Card Center, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518704618 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 13 2023 20:51:00 | Credit One Bank, N.A., c/o Midland Funding, LLC, 320 East Big Beaver Road, #300, Troy, MI 48083-1271 |
| 518704619 | + Email/Text: fggbanko@fgny.com | | |
| | | Jun 13 2023 20:50:00 | Credit One Bank/Midland Funding, LLC, c/o Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518704627 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2023 21:09:14 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 518807911 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 13 2023 20:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518704620 | + Email/Text: bankruptcy@sequium.com | | |
| | | Jun 13 2023 20:50:00 | DirecTV, c/o Sequium Asset Solutions, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 518704622 | + Email/Text: bknotice@ercbpo.com | | |
| | | Jun 13 2023 20:51:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518704623 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 13 2023 20:56:20 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 518704624 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jun 13 2023 20:50:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518796320 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jun 13 2023 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518786033 | + Email/Text: ecourts.col_efilings@fskslaw.com | | |
| | | Jun 13 2023 20:50:00 | Jersey Anesthesia & Pain, Management Consultants, c/o Fein Such Kahn & Shepard, PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518802225 | + Email/Text: rmcdowell@slgcollect.com | | |
| | | Jun 13 2023 20:50:00 | Jersey Central Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 518704626 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Jun 13 2023 20:51:00 | Kay Jewelers/Genesis, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 519166708 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2023 21:09:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518756633 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2023 21:08:34 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519166707 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2023 21:08:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518777284 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2023 20:56:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518704629 | Email/Text: mgreenwood@motionfcu.org | | |
| | | Jun 13 2023 20:50:00 | Motion Federal Credit Union, 1380 Jersey Ave, North Brunswick, NJ 08902 |
| 518704628 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 13 2023 20:51:00 | Midland Funding, 2365 Northside Drive, Suite |

Case 20-12188-KCF    Doc 88    Filed 06/15/23    Entered 06/16/23 00:15:31    Desc Imaged
                            Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 68 |

| | | | |
| --- | --- | --- | --- |
| | | | 300, San Diego, CA 92108-2710 |
| 518786276 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 20:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518704630 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2023 20:50:00 | Nissan Infiniti LT, PO BOX 660366, Dallas, TX 75266-0366 |
| 518704631 | + Email/Text: bnc@nordstrom.com | Jun 13 2023 20:50:32 | Nordstrom/TD Bank USA, 13531 E. Caley Avenue, Englewood, CO 80111-6504 |
| 518799683 | Email/Text: perituspendrick@peritusservices.com | Jun 13 2023 20:50:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518704632 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 20:57:01 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 519309152 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:09:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518807470 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:09:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518765543 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:09:53 | Portfolio Recovery Associates, LLC, c/o Aeo, Inc., POB 41067, Norfolk VA 23541 |
| 518781014 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 20:57:01 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 518770012 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 20:56:40 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518759998 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 20:56:40 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518770006 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 20:56:20 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518704633 | ^ MEBN | Jun 13 2023 20:48:10 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518704634 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2023 20:51:00 | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518704635 | + Email/Text: commonwealth@ebn.phinsolutions.com | Jun 13 2023 20:50:00 | Southern Bank Emergency Physicians, c/o Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 518704638 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 20:51:00 | Synchrony Bank, c/o Midland Funding, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 518707510 | + Email/PDF: gecsedi@recoverycorp.com | Jun 13 2023 20:56:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518704639 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:09:14 | Synchrony Bank, c/o Portfolio Recovery Associates, LLC, PO BOX 12914, Norfolk, VA 23541-0914 |
| 518704640 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2023 20:50:00 | TBOM/ATLS/FPL, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 518738346 | + Email/Text: bncmail@w-legal.com | Jun 13 2023 20:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518704641 | + Email/Text: bncmail@w-legal.com | Jun 13 2023 20:51:00 | TD Bank USA/Target Credit, PO BOX 673, Minneapolis, MN 55440-0673 |
| 518782963 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2023 20:50:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518805680 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2023 20:51:00 | U.S. Bank National Association, as trustee, c/o |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518704643 | + | Email/Text: clientservices@remexinc.com | Jun 13 2023 20:50:00 | University Radiology Group, c/o Remex Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 518800648 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2023 21:09:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518704645 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2023 21:08:27 | WF Bank, NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 518799519 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2023 21:08:45 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519309151 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518725157 | ##+ | Deville Asset Management, P.O. Box 1987, Colleyville, TX 76034-1987 |
| 518704644 | ## | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael J. Milstead | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certifi bankruptcy@fskslaw.com |
| Rebecca K. McDowell | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 68 |

on behalf of Creditor Jersey Central Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Rhondi L. Schwartz
    on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com

Rhondi L. Schwartz
    on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com

Roger Fay
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronald S. Gellert
    on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com  kevin@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com  kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13