Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−12188−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Robert S. Ellison                                           Shanell S. Ellison
   dba The River Cafe, dba Dependable Bail     21 North Ward Street
   Bonds                                                New Brunswick, NJ 08901
   21 North Ward Street
   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−4256                                          xxx−xx−6954

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

21 North Ward St., New Brunswick, NJ

Dated: July 12, 2023
JAN: mmf

                                                          Jeanne Naughton
                                                          Clerk