Certificate Number: 14912-NJ-DE-037574706

Bankruptcy Case Number: 20-12188

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 8, 2023</u>, at <u>6:57</u> o'clock <u>PM EDT</u>, <u>Robert Ellison</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>July 8, 2023</u>    By:    <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>

**FILED**
JEANNE A. NAUGHTON, CLERK
AUG - 1 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Certificate Number: 14912-NJ-DE-037574707

Bankruptcy Case Number: 20-12188



14912-NJ-DE-037574707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2023, at 6:57 o'clock PM EDT, Shanell Ellison completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 8, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

FILED
JEANNE A. NAUGHTON, CLERK
AUG - 1 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY