| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Robert S. Ellison | Social Security number or ITIN | xxx–xx–4256 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Shanell S. Ellison | Social Security number or ITIN | xxx–xx–6954 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 20–12188–KCF | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert S. Ellison                         Shanell S. Ellison
dba The River Cafe, dba Dependable Bail Bonds

8/4/23                                    **By the court:** Kathryn C. Ferguson
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert S. Ellison  
Shanell S. Ellison  
    Debtors

Case No. 20-12188-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Aug 04, 2023      Form ID: 318      Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert S. Ellison, Shanell S. Ellison, 21 North Ward Street, New Brunswick, NJ 08901-3114 |
| cr | + | Jersey Central Federal Credit Union, P.O. Box 661, Cranford, NJ 07016-0661 |
| 518704613 | + | City of New Brunswick, 78 Bayard Street, New Brunswick, NJ 08901-2113 |
| 518704615 | + | Comenity Bank, c/o Deville Asset Management, 1132 Glade Road, Colleyville, TX 76034-4227 |
| 518704619 | + | Credit One Bank/Midland Funding, LLC, c/o Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518704621 | + | Emblem/Monterery City Bank/AtlanticUS, PO Box 10555, Atlanta, GA 30310-0555 |
| 518731263 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518704637 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518704642 | + | U.S. Bank, N.A./First Franklin Mtg, c/o Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2023 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2023 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518805199 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:44:02 | CACH, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518704609 | | EDI: CAPITALONE.COM | Aug 05 2023 00:16:00 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 518704611 | | EDI: CITICORP.COM | Aug 05 2023 00:16:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 518742973 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 04 2023 20:32:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 518704612 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 04 2023 20:32:00 | Citizens Bank, NA, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 518756827 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:32:07 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518715495 | + | EDI: AIS.COM | Aug 05 2023 00:16:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518704610 | | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 04 2023 20:33:00 | Capital One Bank USA NA, c/o Midland Funding, 320 East Big Beaver Road, Troy, MI 48083-1238 |
| 518782474 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2023 20:33:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518704614 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 20:33:00 | Comenity Bank, c/o Midland Funding, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 518704616 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 04 2023 20:32:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 518704617 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2023 20:32:05 | Credit One Bank, Bank Card Center, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518704618 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 20:33:00 | Credit One Bank, N.A., c/o Midland Funding, LLC, 320 East Big Beaver Road, #300, Troy, MI 48083-1271 |
| 518704627 | + | EDI: CITICORP.COM | Aug 05 2023 00:16:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 518807911 | | EDI: Q3G.COM | Aug 05 2023 00:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518704620 | + | Email/Text: bankruptcy@sequium.com | Aug 04 2023 20:32:00 | DirecTV, c/o Sequium Asset Solutions, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 518704622 | + | Email/Text: bknotice@ercbpo.com | Aug 04 2023 20:33:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518704623 | + | EDI: PRA.COM | Aug 05 2023 00:16:00 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 518704624 | | EDI: IRS.COM | Aug 05 2023 00:16:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518796320 | | EDI: JEFFERSONCAP.COM | Aug 05 2023 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518786033 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Aug 04 2023 20:32:00 | Jersey Anesthesia & Pain, Management Consultants, c/o Fein Such Kahn & Shepard, PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518802225 | + | Email/Text: rmcdowell@slgcollect.com | Aug 04 2023 20:33:00 | Jersey Central Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 518704626 | + | EDI: PHINGENESIS | Aug 05 2023 00:16:00 | Kay Jewelers/Genesis, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 519166708 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:44:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518756633 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:30:59 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519166707 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:31:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518777284 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:32:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518704629 | | Email/Text: mgreenwood@motionfcu.org | Aug 04 2023 20:32:00 | Motion Federal Credit Union, 1380 Jersey Ave, North Brunswick, NJ 08902 |
| 518704628 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 20:33:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518786276 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 20:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 20-12188-KCF    Doc 92    Filed 08/06/23    Entered 08/07/23 00:13:27    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 518704630 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 04 2023 20:32:00 | Nissan Infiniti LT, PO BOX 660366, Dallas, TX 75266-0366 |
| 518704631 | + | Email/Text: bnc@nordstrom.com | Aug 04 2023 20:33:55 | Nordstrom/TD Bank USA, 13531 E. Caley Avenue, Englewood, CO 80111-6504 |
| 518799683 | | Email/Text: perituspendrick@peritusservices.com | Aug 04 2023 20:32:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518704632 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 519309152 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518807470 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518765543 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o Aeo, Inc., POB 41067, Norfolk VA 23541 |
| 518781014 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 518770012 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518759998 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518770006 | | EDI: PRA.COM | Aug 05 2023 00:16:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518704633 | ^ | MEBN | Aug 04 2023 20:20:54 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518704634 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 20:33:00 | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518704635 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 04 2023 20:32:00 | Southern Bank Emergency Physicians, c/o Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 518704636 | | EDI: WFFC.COM | Aug 05 2023 00:16:00 | Sprint, c/o Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518704638 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 20:33:00 | Synchrony Bank, c/o Midland Funding, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 518707510 | + | EDI: RMSC.COM | Aug 05 2023 00:16:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518704639 | + | EDI: PRA.COM | Aug 05 2023 00:16:00 | Synchrony Bank, c/o Portfolio Recovery Associates, LLC, PO BOX 12914, Norfolk, VA 23541-0914 |
| 518704640 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 04 2023 20:32:00 | TBOM/ATLS/FPL, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 518738346 | + | Email/Text: bncmail@w-legal.com | Aug 04 2023 20:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518704641 | + | EDI: WTRRNBANK.COM | Aug 05 2023 00:16:00 | TD Bank USA/Target Credit, PO BOX 673, Minneapolis, MN 55440-0673 |
| 518782963 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 04 2023 20:32:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518805680 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 20:33:00 | U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, |

Case 20-12188-KCF    Doc 92    Filed 08/06/23    Entered 08/07/23 00:13:27    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84165-0250 |
| 518704643 | + | Email/Text: clientservices@remexinc.com | Aug 04 2023 20:32:00 | University Radiology Group, c/o Remex Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 518800648 | + | EDI: AIS.COM | Aug 05 2023 00:16:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518704645 | + | EDI: WFFC2 | Aug 05 2023 00:16:00 | WF Bank, NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 518799519 | | EDI: WFFC2 | Aug 05 2023 00:16:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518704644 | | EDI: WFFC.COM | Aug 05 2023 00:16:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519309151 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518725157 | ##+ | Deville Asset Management, P.O. Box 1987, Colleyville, TX 76034-1987 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael J. Milstead | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certifi bankruptcy@fskslaw.com |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 69 |

Rebecca K. McDowell
    on behalf of Creditor Jersey Central Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Rhondi L. Schwartz
    on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com

Rhondi L. Schwartz
    on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com

Roger Fay
    on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronald S. Gellert
    on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Shanell S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Robert S. Ellison mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13

Case 20-12188-KCF    Doc 92    Filed 08/06/23    Entered 08/07/23 00:13:27    Desc Imaged
Certificate of Notice    Page 7 of 7