Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–12188–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert S. Ellison
dba The River Cafe, dba Dependable Bail Bonds
21 North Ward Street
New Brunswick, NJ 08901

Shanell S. Ellison
21 North Ward Street
New Brunswick, NJ 08901

Social Security No.:
xxx–xx–4256                    xxx–xx–6954

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 15, 2023</u>

<u>Michael B. Kaplan</u>
Judge, United States Bankruptcy Court